## Ines MARTINEZ, Petitioner,

v.

## Michael B. MUKASEY, Attorney General, Respondent.

No. 07–72780.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 5, 2008.

Ines Martinez, Rialto, CA, pro se.

Shahrzad Baghai, Jeffery R. Leist, OIL, Stacy S. Paddack, Esquire, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Ines Martinez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her second motion to reopen removal proceedings.

Petitioner has waived any challenge to the BIA's order denying her motion to reopen by failing to raise any arguments related to the BIA's dispositive determination that the motion to reopen was numerically barred. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

